# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDO PINEDO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHERYL PLILER,<br><br>　　　　　Respondent. | Case No. 1:13-cv-01595-LJO-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(ECF No. 24) |

　　　　Petitioner is a state prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 2, 2014, this Court dismissed the petition, declined to issue a certificate of appealability, and entered judgment. (ECF Nos. 18, 19). Petitioner filed a notice of appeal, and on February 18, 2015, the Ninth Circuit denied Petitioner's request for a certificate of appealability. (ECF Nos. 20, 23).

　　　　On March 29, 2017, Petitioner filed the instant motion for certificate of appealability. (ECF No. 24). This Court previously declined to issue a certificate of appealability, and the Ninth Circuit expressly denied Petitioner's request for a certificate of appealability regarding the dismissal of Petitioner's federal habeas petition. See United States v. Jingles, 702 F.3d 494, 499 (9th Cir. 2012) ("Under the 'law of the case' doctrine, a court is ordinarily precluded from reexamining an issue previously decided by the same court, or a higher court, in the same case.") (quoting Richardson v. United States, 841 F.2d 993, 996 (9th Cir. 1988)).

　　　　Accordingly, Petitioner's motion for a certificate of appealability (ECF No. 24) is DENIED.

IT IS SO ORDERED.

　　Dated:　**March 31, 2017**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE